UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR3418-JM |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| **RAMIRO RAMOS-MEDINA,** | ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that the motion hearing set for December 12, 2008 be rescheduled to *January 23, 2009 at 11:00 a.m.* The Court finds that the time until January 23, 2009 excludable under the Speedy Trial Act.

**SO ORDERED.**

DATED: December 11, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge